ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
JUN 08 2006
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

JAHRED L. SANBORN,

    Petitioner,

v.

HUGH WOLFENBARGER,

    Respondent.
_____/

CASE NO. 2:06-cv-10157
HONORABLE ARTHUR J. TARNOW
MAGISTRATE JUDGE KOMIVES

## ORDER
## DIRECTING THE CLERK TO MAKE COPIES
## AND
## REQUIRING RESPONDENT TO FILE A RESPONSIVE PLEADING

On January 11, 2006, petitioner Jahred L. Sanborn filed a *pro se* petition for the writ of habeas corpus with several exhibits. Because he did not attach a set of exhibits to each of the copies of the habeas petition, the Court ordered him to submit two additional sets of exhibits. Petitioner still has not complied with the Court's orders. However, on further review of the matter, the Court declines to require Petitioner to make the necessary copies. The Court ORDERS the Clerk of Court to make the appropriate copies and to serve a copy of the petition, exhibits, and this order on Respondent and on the Attorney General for the State of Michigan by first class mail. *See* Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

*Sanborn v. Wolfenbarger*, No. 2:06-cv-10157

Respondent shall file a responsive pleading, a copy of the relevant transcripts, appellate briefs, and state appellate opinions and orders, and an index listing the materials being submitted. *See* Rule 5 of the Rules Governing Section 2254 Cases. These items shall be due on or before **AUGUST 14, 2006**. Petitioner shall have **forty-five (45) days** form the date of the responsive pleading to file a reply.

ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

Dated: 6/8/06

PURSUANT TO RULE 77(D), FRCivP COPIES HAVE BEEN MAILED TO Jahred Sanborn

June 9, 2006
Cathe A. Pickles
DEPUTY CLERK

2