UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAHRED L. SANBORN, | Case No. 06-10157 |
| Petitioner, | DISTRICT JUDGE ARTHUR J. TARNOW |
| v. | MAGISTRATE JUDGE PAUL KOMIVES |
| KENNETH ROMANOWSKI, | |
| Respondent. | |
_____/

# ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE 26], DENYING PETITIONER'S APPLICATION FOR WRIT OF HABEAS CORPUS [DE 1]

On July 26, 2007, Magistrate Judge Komives issued a Report and Recommendation recommending that Petitioner's Application for a Writ of Habeas Corpus be denied. Petitioner timely filed objections. The Court has reviewed the Report and Recommendation, Petitioner's objections, and the record in this case.

The Court notes that Petitioner made no objection to Claim I. As to the balance of the claims objected to, the Court has considered them *de novo*, as required under *United States v. Andress*, 943 F.2d 622, 626 (6th Cir. 1991) (citing 28 U.S.C. § 636(b)), and now adopts the reasoning of the Magistrate Judge. Accordingly,

The Report and Recommendation of the Magistrate Judge is hereby ADOPTED and is entered as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Petitioner's Application for a Writ of Habeas Corpus is DENIED.

SO ORDERED.

                                              S/Arthur J. Tarnow
                                              Arthur J. Tarnow
                                              United States District Judge

Dated: May 19, 2008

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on May 19, 2008, by electronic and/or ordinary mail.

                                              S/Catherine A. Pickles
                                              Judicial Secretary